**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JACQUELINE HALBIG, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | Civ. No. 13-623 (RWR) |
| *v.* | ) ) ) | **SUGGESTION OF REASSIGNMENT** |
| KATHLEEN SEBELIUS, *et al.*, | ) ) | |
| *Defendants*. | ) ) ) | |

**PLAINTIFFS' SUGGESTION OF REASSIGNMENT**

Plaintiffs respectfully suggest that the Court voluntarily reassign this matter to another district judge pursuant to Local Rule 40.6.

The honorable presiding judge has a very considerable docket, and just recently took on yet additional responsibilities as Chief Judge of this Court. Plaintiffs understand that, in light of those duties, the Court has been unable to rule on any of the various motions, substantive or procedural, that have been filed since this action was initiated in early May 2013. However, Plaintiffs have just filed a motion for a preliminary injunction, which under the Local Rules must be heard within 21 days. *See* LCvR 65.1(d). Resolving that motion will require a careful analysis of the merits of Plaintiffs' claims, as well as the Government's jurisdictional arguments for dismissal of the case. *See Davenport v. Int'l B'hood of Teamsters, AFL-CIO*, 166 F.3d 356, 360-61 (D.C. Cir. 1999). This will require a significant expenditure of time, and expedition is essential given that the relevant statutory mandates take effect on January 1, 2014, threatening irreparable injury if the challenged regulation is not enjoined by then.

1

Accordingly, Plaintiffs respectfully suggest that the Court consider reassigning this case to another judge with a smaller docket of pending matters and without the further responsibilities of serving as Chief Judge.  Under Local Rule 40.6, a case may be transferred by consent, *see* LCvR 40.6(a), or for any reason not otherwise provided for in the Rules, *see* LCvR 40.6(e).  These provisions would allow the Court to reassign this matter, if it felt that doing so would best serve the interests of the parties, the interests of the Court, and the interests of justice.

Dated: September 10, 2013 /s/ Michael A. Carvin
Michael A. Carvin (D.C. Bar No. 366784)
Jacob M. Roth (D.C. Bar No. 995090)
Jonathan Berry (*application for admission pending*)
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Phone: (202) 879-3939
Fax: (202) 626-1700

*Attorneys for Plaintiffs*